UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

REINA LICOURT MAQUEIRA,                                                      Petitioner,

v.                                                                Civil Action No. 4:26-cv-183-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al.,                                                    Respondents.[1]

* * * * *

**ORDER**

Petitioner Reina Licourt Maqueira, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)     The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Jason Woosley.

(3)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

---

[1] The petition names the "Jailer of the Grayson County Jail." (Docket No. 1, PageID.6 ¶ 23)  The Grayson County Jailer is Jason Woosley. *See, e.g.*, *Coronel-Hernandez v. Woosley*, No. 4:26-cv-20-DJH, 2026 WL 227011, at *1 (W.D. Ky. Jan. 28, 2026).  The Court will order that the docket be modified accordingly.  The petition also names Kristi Noem as Secretary of the Department of Homeland Security. (D.N. 1, PageID.6 ¶ 21)  Pursuant to Federal Rule of Civil Procedure 25(d), the current Secretary, Markwayne Mullin, has been automatically substituted as the respondent. The petition further names the U.S. Immigration and Customs Enforcement (ICE) "Field Office Director of the Chicago Field Office" (*id.*, PageID.5 ¶ 20); that Field Office Director is Samuel Olson.  *See Coronel-Hernandez*, 2026 WL 227011, at *1.  The Court will likewise order that the docket be modified accordingly.

1

(4)    **On or before April 9, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)    Petitioner may file a reply **on or before April 10, 2026**.

(6)    If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before April 9, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Grayson County Detention Center.  Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7)    The Clerk of Court is **DIRECTED** to substitute Markwayne Mullin, Secretary of the Department of Homeland Security, as a respondent in the record of this matter.  The Clerk of Court is further **DIRECTED** to correct the docket of this matter to reflect that Jason Woosley is Jailer of the Grayson County Detention Center and that Samuel Olson is the Chicago ICE Field Office Director.

April 6, 2026

**David J. Hale, Chief Judge**
**United States District Court**